An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BENNETT GRIMES,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 67741

**FILED**

MAY 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_S. Young_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to withdraw as counsel. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Because no statute or court rule permits an appeal from an order granting a motion to withdraw as counsel, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
                    Parraguirre

_____, J.
Douglas

_____, J.
            Cherry

cc:     Hon. Michelle Leavitt, District Judge
        Bennett Grimes
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-15098